## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT INDIANA
## HAMMOND DIVISION

| | |
|---|---|
| LACY NAUMOSKI | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) CAUSE NO. 2:19-cv-491-TLS-APR |
| COSTCO WHOLESALE | ) |
| CORPORATION, | ) |
| | ) |
| Defendant. | ) |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The parties, pursuant to Rule 41 of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal of this entire matter with prejudice. Each party shall bear its/her own costs and attorney's fees.

Attorneys for Plaintiff                                              Attorney for Defendant


*/s/ Jason P. Cleveland*                                          */s/ Erin Dougherty Foley (w/permission)*
Jason P. Cleveland, #2416-53                                 Erin Dougherty Foley
Eric J. Hartz, #29676-49                                         SEYFARTH SHAW LLP
CLEVELAND LEHNER CASSIDY                         233 South Wacker Drive, Suite 8000
6214 Carrollton Ave., Suite 200                             Chicago, IL 60606
Indianapolis, IN 46220